CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID A. FARMER, )<br>　　　Plaintiff, ) | Civil Action No. 7:07-cv-00291 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| ADULT PROBATION & ) | |
| PAROLE DISTRICT 15, et. al., ) | By: Hon. James C. Turk |
| 　　　Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the above referenced civil action, construed by the court as a petition for habeas corpus, pursuant to 28 U.S.C. § 2254, is hereby **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, for failure to exhaust state court remedies, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 15th day of June, 2007.

_/s/ James C. Turk_
Senior United States District Judge